SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ELSHEIKH AHMED, )<br>)<br>          Plaintiff, )<br>)<br>    v. )<br>)<br>ALBERTO GONZALES, United States )<br>Attorney General; )<br>MICHAEL CHERTOFF, Secretary of the )<br>Department of Homeland Security; )<br>EMILIO T. GONZALEZ, Director )<br>of United States Citizenship and Immigration )<br>Services (USCIS); )<br>DAVID N. STILL, Director of USCIS )<br>San Francisco District Office; )<br>ROBERT S. MUELLER, Director )<br>of the Federal Bureau of Investigation (FBI), )<br>)<br>          Defendants. )<br>                                  ) | No. C 07-0239 MHP<br><br>**STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1.  Plaintiff filed a complaint on or about June 12, 2007 seeking adjudication of her adjustment of status application.

    2.  On July 3, 2007, the Court scheduled a further case management conference on August 28, 2007.

Stipulation to Dismiss
C 07-0239 MHP

3. On August 23, 2007, the United States Citizenship and Immigration Services granted plaintiff's application.

In light of the foregoing, the parties respectfully request the Court to dismiss the case and vacate the case management conference scheduled for August 28, 2007.

Dated: August 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 23, 2007

SARA ELSHIKH AHMED
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 23, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Dismiss
C 07-0239 MHP